```
 1
 2                                                          JS-6
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  David Lyons,                  )  Case No. CV 09-1213-JFW (AGRx)
                                  )
12            Plaintiff,          )  ORDER DISMISSING CIVIL ACTION
                                  )
13        v.                      )
                                  )
14  Patricia South, et al.,       )
                                  )
15            Defendants.         )
    _____)
16
17
18      THE COURT has been advised by counsel that this action
19  has been settled, or is in the process of being settled.
20      IT IS THEREFORE ORDERED that this action is hereby
21  dismissed without prejudice to the right, upon good cause
22  shown within 30 days, to re-open the action if settlement is
23  not consummated.  During this 30 day period, this Court
24  retains full jurisdiction over this action and this Order
25  shall not prejudice any party to this action.
26  / / /
27  / / /
28

    (Rev. 2/15/08)
```

In the event a motion or *ex parte* application to re-open is not filed within 30 days, the dismissal of this action will be with prejudice.

Dated: September 24, 2009

                                       JOHN F. WALTER
                                 United States District Judge